UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Michael Carroll, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Cheri L. Hubka Sparhawk, et al.,<br><br>    Defendants. | Case No.: 17cv2020-CAB-AGS<br><br>**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION [Doc. No. 25]; AND (2) GRANTING MOTION FOR ORDER APPROVING COMPROMISE OF CLAIM OF MINORS [Doc. No. 23]** |
|---|---|

On January 11, 2019, Plaintiffs filed a motion for order approving compromise of claim of minors. [Doc. No. 23.] On January 31, 2019, Magistrate Judge Andrew G. Schopler prepared a Report and Recommendation ("Report") recommending that the motion for order approving compromise of claim of minors be granted. [Doc. No. 25.] The Report also ordered that any objections were to be filed by February 14, 2019. [Report at 2.] To date, no objection has been filed, nor have there been any requests for an extension of time in which to file an objection.

A district court's duties concerning a magistrate judge's report and recommendation and a respondent's objections thereto are set forth in Rule 72(b) of the Federal rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When no objections are filed, the district court is not required to review the magistrate judge's report and

recommendation. The Court reviews *de novo* those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*. However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc) (emphasis in original). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id*. In the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbel v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

Here, neither party has timely filed objections to the Report. Having reviewed it, the Court finds that it is thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby (1) **ADOPTS** Magistrate Judge Schopler's Report and Recommendation; and (2) **GRANTS** the motion for order approving compromise of claim of minors.

**IT IS SO ORDERED.**

Dated: February 20, 2019

Hon. Cathy Ann Bencivengo
United States District Judge